John J. Driscoll, IL Bar No. 6276464
BROWN & CROUPPEN, P.C.
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-3395
jdriscoll@brownandcrouppen.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA and CELEBREX MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION | MDL NO. 05-1699<br>JUDGE CHARLES R. BREYER |
| THIS DOCUMENT RELATES TO:<br>*Smith, et. al. v. Merck & Co., Inc., et. al.*<br>No. 3:06-cv-02101 CRB (previously Case No. 4:05cv1593 USDC EDMO) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 3:06-CV-2101 |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsels for the Plaintiffs and counsel for the Defendants that the Complaint of the Plaintiffs Carole Holcombe, Brenda Tristian, and Harvey Waldrop ("Holcombe, Tristian and Waldrop") are hereby dismissed without prejudice.

1. Holcombe, Tristian and Waldrop are plaintiffs; defendants are G.D. Searle, LLC, Pharmacia Corporation, Monsanto Company and Pfizer Inc.;

2. On September 28, 2005, Plaintiffs sued defendants;

3. Plaintiffs Holcombe, Tristian and Waldrop move to dismiss their claims against defendants;

4. Defendants have not filed any counterclaim in this action;

5. This case is not a class action;

6. A receiver has not been appointed to this action;

7. Plaintiffs Holcombe, Tristian and Waldrop have not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiffs Holcombe, Tristian and Waldrop or representative of Plaintiffs Holcombe, Tristian and Waldrop attempt to re-file their claims against, Defendants, they shall only do so only by filing said claims in the United States District Court, Northern District of California, MDL 1699 In Re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation, located in the Northern District of California.

Dated: 9-25-06

Respectfully submitted by:

BROWN & CROUPPEN, P.C.

John J. Driscoll, IL Bar #6276464
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
jdriscoll@brownandcrouppen.com
ATTORNEY FOR PLAINTIFF

Dated: 9-29-06

GORDON & REES

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900
(415) 986-8054 fax
DEFENDANTS' LIAISON COUNSEL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA and CELEBREX MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION | MDL NO. 05-1699<br>JUDGE CHARLES R. BREYER |
| THIS DOCUMENT RELATES TO:<br>*Smith, et. al. v. Merck & Co., Inc., et. al.*<br>No. 3:06-cv-02101-CRB (previously Case No. 4:05cv1593 USDC EDMO) | ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 3:06-CV-2101 |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Carole Holcombe, Brenda Tristian, and Harvey Waldrop ("Holcombe, Tristian and Waldrop") and the Defendants, G.D. Searle, LLC, Pharmacia Corporation, Monsanto Company and Pfizer Inc. move to dismiss this case without prejudice. The parties have agreed that each party will bear their own costs and fees in this matter. Should Holcombe, Tristian and Waldrop, or a representative of Holcombe, Tristian and Waldrop attempt to re-file claim against G.D. Searle, LLC, Pharmacia Corporation, Monsanto Company and Pfizer Inc., they shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

AND IT IS ORDERED.

Dated: _September 29, 2006_



Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED

ORDER OF DISMISSAL
3:06-CV-02101-CRB

1