IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____ / | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

Elaine Smith, 06-2101
_____ /

    Now pending before the Court is the motion of Brown & Crouppen, P.C. to withdraw as counsel for the above plaintiff. Counsel are directed to file a declaration under seal that sets forth the reasons for their motion to withdraw. The Court will take the motion to withdraw under submission after the filing of the declaration.

**IT IS SO ORDERED.**

Dated: July 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderreWebbdeclaration.wpd