Seth Sharrock Webb, MO Bar 505666
BROWN & CROUPPEN, P.C.
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile:  (314) 421-3395
swebb@brownandcrouppen.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA and CELEBREX MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION | MDL NO. 05- 1699<br>JUDGE CHARLES R. BREYER |
| THIS DOCUMENT RELATES TO:<br>*Smith, et. al.  v.  G.D. Searle, LLC., et. al.*<br>No.  3:06-cv-2101 (previously Case No. 4:05-cv-1593  USDC EDMO) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 3:06-CV-2101 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsels for the Plaintiffs and counsel for the Defendants that the Complaint of the Plaintiff Eugene Chambers, ("Chambers") is hereby dismissed without prejudice.

1. Chambers is a plaintiff; defendants are G.D. Searle, LLC,  Pharmacia Corporation, Monsanto Company and Pfizer Inc.;

2. On September 28, 2005, Plaintiff sued defendants;

3. Plaintiff Chambers moves to dismiss his claims against defendants;

4. Defendants have not filed any counterclaim in this action;

5. This case is not a class action;

6. A receiver has not been appointed to this action;

7. Plaintiff Chambers has not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiff Chambers or representative of Plaintiff Chambers attempt to re-file their claims against, Defendants, they shall only do so only by filing said claims in the United States District Court, Northern District of California, MDL 1699 In Re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation, located in the Northern District of California.

Respectfully submitted by:

Dated:   July 18, 2007                         BROWN & CROUPPEN, P.C.

/S/ Seth Sharrock Webb_____
Seth Sharrock Webb, MO Bar 505666
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFF

Dated: 7/17/07

GORDON & REES

/s/ Stuart M. Gordon
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900
(415) 986-8054 fax
DEFENDANTS' LIAISON COUNSEL

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 23, 2007

Hon. Charles R. Breyer,
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA