Frank Woodson
Navan Ward, Jr.
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.: 06-2101 CRB** |
| | **MDL NO. 1699** |
| | **District Judge: Charles R. Breyer** |
| Elaine Smith, et al. | |
| Plaintiffs | |
| | **STIPULATION AND ORDER OF** |
| vs. | **DISMISSAL WITH PREJUDICE** |
| Merck & Co., Inc., et al. | |
| Defendants. | |

Come now the Plaintiffs Robert Coon and Johnny Doss in the above-entitled action and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

1

2

3    DATED: Oct. 29, 2009        By: /lawan Ward

4                                BEASLEY, ALLEN, CROW, METHVIN,
                                PORTIS & MILES, P.C.
5                               218 Commerce Street
                                P.O. Box 4160
6                               Montgomery, Alabama 36103
                                Telephone: 334-269-2343
7                               Facsimile: 334-954-7555
                                *Attorneys for Plaintiffs*
8

9    DATED: Oct. 29, 2009        By:

10

11                              DLA PIPER LLP (US)
                                1251 Avenue of the Americas
12                              New York, New York 10020
                                Telephone: 212-335-4500
13                              Facsimile: 212-335-4501

14                              *Defendants' Liaison Counsel*

15

16
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
17   **IT IS SO ORDERED.**

18

19   Dated NOV 1 3 2009

20                              Hon. Charles R. Breyer
                                United States District Court
21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**