Seth Sharrock Webb, MO Bar 505666
BROWN & CROUPPEN, P.C.
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-3395
swebb@brownandcrouppen.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA and CELEBREX MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION | MDL NO. 05-1699<br>JUDGE CHARLES R. BREYER |
| THIS DOCUMENT RELATES TO:<br>*Smith et al v. G.D. Searle LLC, et al.*<br>No. 3:06-cv-02101-CRB (previously Case No. 4:05-cv-1593, USDC EDMO) | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE ONLY AS TO PLAINTIFF CAROL FOX |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiff Carol Fox, against all named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Dated: 8-14-9

*/s/ Seth Sharrock Webb/*
Seth Sharrock Webb, MO Bar 505666
BROWN & CROUPPEN, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFFS

Dated: January 11, 2010

_____
ATTORNEY FOR DEFENDANTS

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

_____
Hon. Charles R. Breyer,
United States District Court