1  Seth Sharrock Webb, MO Bar 505666
2  BROWN & CROUPPEN, P.C.
   720 Olive Street, Suite 1800
3  St. Louis, MO 63101
   Telephone: (314) 421-0216
4  Facsimile: (314) 421-3395
5  swebb@brownandcrouppen.com
   Attorney for Plaintiffs
6

7  UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8  SAN FRANCISCO DIVISION

9

10 | IN RE: BEXTRA and CELEBREX
   | MARKETING, SALES PRACTICES         MDL NO. 05-1699
11 | and PRODUCTS LIABILITY             JUDGE CHARLES R. BREYER
   | LITIGATION
12

13 | THIS DOCUMENT RELATES TO:
   | *Smith et al v. G.D. Searle LLC, et al.*
14 | No. 3:06-cv-02101-CRB (previously Case    STIPULATION AND ORDER OF
   | No. 4:05-cv-1593, USDC EDMO)              DISMISSAL WITH PREJUDICE ONLY
15 |                                           AS TO PLAINTIFF CAROL FOX

16

17              **STIPULATION OF DISMISSAL WITH PREJUDICE**

18      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned counsel hereby

19 stipulate that all claims of Plaintiff Carol Fox, against all named defendants be dismissed in their

20 entirety with prejudice, each party to bear its own costs.

21

22 Dated: 8-14-9                          /s/ Seth Sharrock Webb
23                                        Seth Sharrock Webb, MO Bar 505666
                                          BROWN & CROUPPEN, P.C.
24                                        720 Olive Street, Ste. 1800
                                          St. Louis, MO 63101
25                                        (314) 421-0216
                                          (314) 421-0359 fax
26                                        swebb@brownandcrouppen.com
                                          ATTORNEY FOR PLAINTIFFS
27

28

Dated: January 11, 2010

_____
ATTORNEY FOR DEFENDANTS

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

_____
Hon. Charles R. Breyer,
United States District Court