Seth Sharrock Webb, MO Bar 505666
BROWN & CROUPPEN, P.C.
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-3395
swebb@brownandcrouppen.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA and CELEBREX MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION | MDL NO. 05-1699<br>JUDGE CHARLES R. BREYER |
| THIS DOCUMENT RELATES TO:<br>*Smith et al v. G.D. Searle LLC, et al.*<br>No. 3:06-cv-02101-CRB (previously Case No. 4:05-cv-1593, USDC EDMO) | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE ONLY AS TO PLAINTIFF JAMES SKRADSKI |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiff James Skradski, against all named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Dated: 2-14-9

/s/ Seth Sharrock Webb
Seth Sharrock Webb, MO Bar 505666
BROWN & CROUPPEN, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFFS

Dated: January 11, 2010

ATTORNEY FOR DEFENDANTS

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: FEB - 3 2010

Hon. Charles R. Breyer,
United States District Court

STIPULATION OF DISMISSAL
3:06-CV-02101

2