1  Seth Sharrock Webb, MO Bar 505666
2  BROWN & CROUPPEN, P.C.
   720 Olive Street, Suite 1800
3  St. Louis, MO 63101
   Telephone: (314) 421-0216
4  Facsimile: (314) 421-3395
5  swebb@brownandcrouppen.com
   Attorney for Plaintiffs
6
7              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                  SAN FRANCISCO DIVISION
9
10 IN RE: BEXTRA and CELEBREX
   MARKETING, SALES PRACTICES          MDL NO. 05-1699
11 and PRODUCTS LIABILITY              JUDGE CHARLES R. BREYER
   LITIGATION
12
13 THIS DOCUMENT RELATES TO:
   *Smith et al v. G.D. Searle LLC, et al.*
14 No. 3:06-cv-02101-CRB (previously Case   STIPULATION AND ORDER OF
   No. 4:05-cv-1593, USDC EDMO)            DISMISSAL WITH PREJUDICE ONLY
15                                         AS TO PLAINTIFF JAMES SKRADSKI
16
17          STIPULATION OF DISMISSAL WITH PREJUDICE

18      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned counsel hereby

19 stipulate that all claims of Plaintiff James Skradski, against all named defendants be dismissed in

20 their entirety with prejudice, each party to bear its own costs.

21

22 Dated: 2-14-9

23                                      Seth Sharrock Webb, MO Bar 505666
                                        BROWN & CROUPPEN, P.C.
24                                      720 Olive Street, Ste. 1800
                                        St. Louis, MO 63101
25                                      (314) 421-0216
                                        (314) 421-0359 fax
26                                      swebb@brownandcrouppen.com
27                                      ATTORNEY FOR PLAINTIFFS

28

                                                         STIPULATION OF DISMISSAL
                                1                         3:06-CV-02101

1

2  Dated: _____January 11, 2010_____

ATTORNEY FOR DEFENDANTS

3

4

5

6

7

8

9

10  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS**

11  **SO ORDERED.**

12

13  Dated: _____FEB - 3 2010_____

14

15  Hon. Charles R. Breyer,
    United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
3:06-CV-02101

2