IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER GRANTING REQUEST FOR AN EXTENSION TO COMPLY WITH PRETRIAL ORDER NO. 31A** |

*This document relates to:*

Bobby Jo Simbulan, No. 06-2101
_____/

Good cause appearing, Plaintiff's deadline to comply with Pretrial Order No. 31A is extended to August 1, 2010.

**IT IS SO ORDERED.**

Dated: May 28, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\MISC\SimbulanExtension.wpd