1  Bobby Jo Simbulan
   6842 Avendia Rotella
2  San Jose, California 95139
   Telephone: (408) 226-3555
3
   Plaintiff Pro se
4

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-2101 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Elaine Smith, et al.,<br><br>             Plaintiffs,<br>vs.<br><br>Merck & Co., Inc., et al.,<br><br>             Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Bobby Jo Simbulan, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

//
//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

only with each side bearing its own attorneys' fees and costs.

DATED: 12/9∅, 2010     By: /s/ Bobby J. Simbulan

**BOBBY JO SIMBULAN**
6842 Avendia Rotella
San Jose, California 95139
Telephone: (408) 226-3555

*Plaintiff Pro se*


DATED: Jan. 20, 2011     By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Jan. 25, 2011

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE